UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **JULIAN SHULMAN,**          )<br>                                                 )<br>         Plaintiff,                     )<br>                                                 )      Civil Action No. _____<br>     vs.                                     )<br>                                                 )<br>**AMAZON.COM.KYDC, LLC,**   )<br>**AMAZON.COM, INC. AND LIBERTY** )<br>**MUTUAL GROUP, INC.,**        )<br>                                                 )<br>                                                 )<br>         Defendants.               )| |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Amazon.com.kydc, LLC and Amazon.com, Inc.[1], (collectively, "Defendants"), hereby file this Notice of Removal of the above-captioned matter from the Fayette County Circuit Court to the United States District Court for the Eastern District of Kentucky.  Defendants respectfully state the following in support of this Notice of Removal:

   1.   On or about December 13, 2012, Plaintiff initiated an action against Defendants in the Fayette County Circuit Court.

   2.   Although Defendants have not been served formally served with a copy of the Complaint, on December 13, 2012, Plaintiff emailed a copy of the Complaint to the undersigned counsel for Defendant Amazon.com.kydc, LLC.

   3.   The Complaint alleges violations of the Americans with Disabilities Act

---

[1] Amazon.com, LLC joins in this Notice of Removal without waiving any defenses it may have, including the defense that it was not Plaintiff's employer and, thus, is not properly named as a defendant in this action.

("ADA"), the Kentucky Civil Rights Act, the Employment Retirement Income Security Act ("ERISA"), and breach of an implied contract of continued employment.

4. Liberty Mutual Group, Inc. consents to the removal of this matter to federal court.

5. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 inasmuch as claims in this civil action arises under the laws of the United States, namely the ADA and the ERISA, and therefore, may be removed without regard to the citizenship or residence of the parties or the amount in controversy. Complaint ¶¶ 24, 27.

6. All claims alleged in this action appear to arise out of the same common nucleus of operative facts; namely, Plaintiff's employment with Amazon,com.kydc, LLC. and the termination of that employment. Accordingly, this Court has supplemental jurisdiction over the state law claims raised in the Complaint, such that the entire case may be properly removed to this Court. *United Mine Workers v. Gibbs,* 383 U.S. 715, 725 (1966); *Osborn v. Haley*, 549 U.S. 225, 245 (2007) (citing *Gibbs*).

7. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders that have been served upon Defendants to date in this matter are included with this Notice of Removal as Exhibit 1.

8. Pursuant to 28 U.S.C. § 1446(d), a true and complete copy of this Notice of Removal will be submitted for filing with the Clerk of the Fayette County Circuit Court.

9. This Notice of Removal is being filed within 30 days, as defined by 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a), after Defendants first received notice of Plaintiff's Complaint.

10. Notice of the filing of this Notice of Removal will be served upon all parties who have appeared in this action.

11. The required filing fee of $350.00 and an executed Civil Cover Sheet accompany this Notice of Removal.

WHEREFORE, Defendants respectfully requests that the Clerk note that this action has been removed from the Fayette County Circuit Court to the United States District Court for the Eastern District of Kentucky, and that all proceedings hereafter shall take place in the United States District Court for the Eastern District of Kentucky.

Dated: January 4, 2013.

Respectfully submitted,

*/s/ Emily H. Morris*
Susan C. Sears
ssears@littler.com
Emily H. Morris
emorris@littler.com
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Suite 1620
Lexington, KY 40507
Telephone: 859.317.7970

*Attorneys for Defendants Amazon.com.kydc,LLC & Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2013, the foregoing Notice of Removal has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and the Parties may access the document through the electronic filing system.

In addition, I hereby certify that on January 4, 2013, a copy of the foregoing Notice of Removal was served by regular mail upon:

Julian Shulman
W 4224 Kiekhaefer Pkwy.
Taycheedah, Wisconsin 54937
(779) 423-4560

    I further certify that, pursuant to 28 U.S.C. § 1446(d), on January 4, 2013, a copy of the foregoing Notice of Removal was filed in the Clerk's Office of the Fayette County Circuit Court at the following address:

Fayette County Circuit Court Clerk
120 North Limestone Street
Lexington, KY 40507

*/s/ Emily H. Morris*
Emily H. Morris

Firmwide:117032941.1 065095.1015

- 4 -