**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

**CIVIL ACTION NO. 13-5-DLB-REW**

**JULIAN SHULMAN**                                                                                      **PLAINTIFF**

**vs.**                                                **JUDGMENT**

**AMAZON.COM.KYDC, LLC, et al.**                                                        **DEFENDANTS**

******************

The Court having now adjudicated all claims in Defendants' favor by virtue of the Memorandum Opinion and Order entered concurrently herewith,

**IT IS ORDERED and ADJUDGED** as follows:

(1) Judgment is hereby **ENTERED** in Defendants' favor and Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**;

(2) This matter is hereby **STRICKEN** from the Court's active docket; and

(3) This is a **FINAL and APPEALABLE** order.

This 20th day of April, 2015.



Signed By:
David L. Bunning   DB
United States District Judge

G:\DATA\Opinions\Lexington\13-5 Judgment.wpd