Eastern District of Kentucky
FILED
OCT 29 2015
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL BRANCH AT LEXINGTON**

| | |
|---|---|
| JULIAN SHULMAN, et al, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| vs. ) | Case: 5:13-cv-00005-DLB-REW |
| ) | |
| AMAZON.COM KYDC LLC, et al, ) | |
| ) | |
| DEFENDANTS. ) | |

### PLAINTIFF JULIAN SHULMAN'S NOTICE OF APPEAL

Named Plaintiff Julian A. Shulman respectfully appeals to the United States Court of Appeals for the Sixth Circuit the Judgment entered against him in this Court in the above-captioned matter as well as various interlocutory orders entered prior to the entry of Judgment as well as the order denying his motion for post-judgment relief. The order denying post-judgement relief was entered on September 30, 2015 and disposed of Shulman's Federal Rule of Civil Procedure 60(b) motion which he filed and served on May 18, 2015, twenty-eight days following the entry of Judgment.

Respectfully submitted,

this Twenty-sixth day of October, 2015

Julian Shulman
pro se
307 Hart Church Rd.
London, KY, 40744
779-423-4759
julianshulman@yahoo.com

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2015, I sent for filing at the United States District Court in Lexington, Kentucky the foregoing: 1. PLAINTIFF JULIAN SHULMAN's NOTICE OF APPEAL. At the time of filing a true and accurate copy of the same will be served via the Court's Electronic Filing system and a copy has been sent via first-class mail, postage prepaid, to Susan Sears, counsel for the Amazon Defendants at her office at 333 West Vine Street, Suite 1720, Lexington, KY 40507.

Julian Shulman
pro se
307 Hart Church Rd.
London, KY, 40744
779-423-4759
julianshulman@yahoo.com

1