# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-6211

_____

Filed: February 03, 2017

JULIAN A. SHULMAN, on behalf of himself and others similarly situated

      Plaintiff - Appellant

v.

AMAZON.COM.KYDC, INC.; AMAZON.COM, INC.; JOHN DOES, 1-25, Unknown officers, employees, affiliated corporations or officers, employees of Amazon.Com, Inc. and or its various subsidiary corporations

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 01/11/2017 the mandate for this case hereby issues today.

COSTS:  None