UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 13-5-DLB

JULIAN SHULMAN                                                                                          PLAINTIFF

vs.                                                              ORDER

AMAZON.COM.KYDC LLC et al.                                                                    DEFENDANTS

* *   * *   * *   * *   * *   * *   * *   * *

    This matter is before the Court on Plaintiff's renewed attempt—against the express Orders of this Court—to challenge the dismissal of this civil action.  On April 20, 2015, the Court entered a Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment (Doc. # 72), and this civil suit was dismissed.  (Docs. # 100 and 101). Over the following three years, Shulman "waged an unrelenting attack on that Memorandum Opinion and Order, seeking relief from this Court, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court."  See (Doc. # 134 at 3).  "Despite his lack of success at all levels of the federal-court system," see id., on January 12, 2018, Plaintiff filed a Motion for Relief from Judgment, wherein he asked the Court to consider and reverse its ruling.  (Doc. # 132).  The Court denied Plaintiff's Motion for Relief from Judgment and ordered that "Plaintiff Julian Shulman is prohibited from filing any additional motions" challenging the Court's Memorandum Opinion and Order granting summary judgment "without first obtaining leave to file such a motion from this Court."  (Doc. # 134).

On March 26, 2019, Shulman moved for permission to file an additional motion seeking relief from the Court regarding the denial of his Motion for Relief from Judgment. (Doc. # 135) (citing Doc. # 132).  On April 2, 2019, the Court entered an Order denying permission and further prohibiting Plaintiff Julian Shulman from filing any further material in this civil action.  (Doc. # 137).  The Court explained that Shulman once again sought to relitigate the same underlying issues adjudicated in the Memorandum Opinion and Order (Doc. # 100), this time on the grounds that he "submitted the wrong email" in discovery in the underlying proceedings.  (Doc. # 137) (citing Doc. # 135).  Citing the public policy favoring "finality of judgments and termination of litigation," the Court found that the "new evidence" Shulman sought to rely upon was admittedly available in the underlying proceedings, and therefore the fact that Shulman failed to make use of it in the course of litigation fell short of meeting his burden to establish grounds for the extraordinary relief under Rule 60(b) of the Federal Rules of Civil Procedure by clear and convincing evidence.  (Doc. # 137) (citing *Blue Diamond Coal Co. v. Trustees of UMWA Combined Benefit Fund*, 249 F.3d 519, 524 (6th Cir. 2001); *Zucker v. City of Farmington Hills*, 643 F. App'x 555, 562 (6th Cir. 2016); *Info-Hold, Inc. v. Sound Merch., Inc.*, 538 F.3d 448, 454 (6th Cir. 2008)).

Against this procedural backdrop, on May 2, 2019, Shulman sought to file a Notice of Appeal of the Court's April 2, 2019 Order (Doc. # 137), attached hereto.  Shulman's request ignores that he is prohibited from any further filings without obtaining leave of Court.  *See* (Docs. # 134 and 137).  Further, Shulman's Notice of Appeal is meritless, as the Court's April 2, 2019 ruling was not a final and appealable order.  (Doc. # 137).  *See Simpson v. Chicken of the Sea*, No. 12-CV-2363-JPM-tmp, 2013 WL 11765607, at *1 n.1

(W.D. Tenn. Mar. 5, 2013) (citing *Liberty Mut. Ins. Co. v. Wetzel*, 424 U.S. 737, 742 (1976) ("Under 28 U.S.C. § 1291, courts of appeals have jurisdiction only over final decisions of the district courts and "[a]n appeal taken from a non-final order is beyond the appellate court's jurisdiction and must be dismissed.")).  *See also Knafel v. Pepsi Cola Bottlers of Akron, Inc.*, 850 F.2d 1155, 1159 (6th Cir. 1988) (defining a final judgment as "one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment.").

Accordingly, the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     Shulman's proposed Notice of Appeal shall be **filed of record** as an attachment to this Order; and

(2)     Shulman's attempt to appeal this Court's April 2, 2019 Order (Doc. # 137) is **DENIED**.

This 3rd day of May, 2019.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Lexington\2013\13-5 Order Denying Relief.docx